UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

LET THIS BE FILED

Signature _____

Date _____ 8/8/22

| | |
|---|---|
| UNITED STATES OF AMERICA, | ( |
| | ( |
| Plaintiff, | ( |
| | ( |
| V | ( |
| | ( |
| AZAM DOOST, | ( |
| | ( |
| Defendant. | ( |

CASE NO. 1:17-CR-109

NEW EVIDENCE SUPPORTIVE OF A NEW TRIAL REQUEST OR

MODIFICATION OF JUDGMENT REQUEST PER RULE 33

Now Comes Defendant Azam Doost, Pro Se, before this Honorable Court
to place new evidence in support of his prior claims and, per Rule 33,
request relief.

## Rule 33 b 1

As per the Federal Rules of Criminal Procedure Rule 33 b 1 states:
"any motion for a new trial grounded on newly discovered evidence must
be filed within 3 years after the verdict or finding of guilt." Defendant
brings forth the attached transcripts to supplement the record.

## HISTORY

Defendand Doost has come into possession of an abundance of additional
and pertinent Afghani Government documents which support Doost's contention

Page 1

RECEIVED
Mail Room

AUG - 1 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

that most of the machinery alleged to not have been purchased (in his case) was in fact purchased and imported in Afghanistan during the relevant time period identified in his case. These documents are pertinent to not only mitigate the loss alleged by the Government, and then used to establish restitution, but also to refute the Government's allegations that Doost siphoned funds from OPIC for his own personal benefit, through the use of alleged "shell companies." These new evidence both corroborate and ameliorate the concerns this Court had with similar unofficial documents produced by Greengate (the "greengate Documents"). Which showed that various pieces of machinery were in fact present and accounted for at Marble Mine and Marble Factory during Greengate's acquisition. This Court previously expressed concern that the Greengate Documents previously produced lacked detail such as VIN numbers to sufficiently show that the machinery was actually and reported. These offical Afghani Government documents, VIN number documentation and more have been translated into English for this Court to consider. As stated by Colonel Thomas H. Brittain, a Senior Military Officer in Afghanistan, that links Defendant's marble mine to the United States previous campaign in Afghanistan and stated: "The Doost marble operations are a key to stability in" the western provinces of Afghanistan and Defendant's marble mining buisness was important to the United States' (then) war effort in Afghanistan (Restated from Memorandum and Opinion Order Honorable Amit P. Mehta).

## CONCLUSION

Defendant Doost, not an attorney but working on his own behalf Pro Se, respectfully submits the attached evidence and requests the appointment of an attorney to represent by Rule 33, 29 or other avenue reasonable to allow for such consideration. Defendant seeks to correct the record, supply fact

supportive of his previous statements and reduce his assessed restitution.
Defendant, having served a majority of his sentence of incarceration imposed,
now is available to provide additional information as the Court requests.

## CERTIFICATION

I hereby certify the foregoing, pursuant to 28 U.S.C. §1746, to be true
and correct to the best of my knowledge and belief.

_____          7-27-22
Azam Doost                                Date

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this pleading
entitled: "New Evidence supportive of a new trial request or modification of
judgment request per rule 33" upon the below named parties by placing the same
in the outgoing mail with proper postage affixed thereto on this __27__ day of
_____1_____, 2022, for filing with the Court.

To: Clerk of the Court
    U.S. Courthouse
    333 Constitution Avenue NW
    Washington, DC
    20001-2866

**** CLERK OF THE COURT - Please ECF to U.S. Attorney's office. Thank you !

_____
Azam Doost
4926 Winchester Place, Newark, CA, 94560